SAMUEL KAHAN and Others, as Executors, etc., of HYMAN B. RUBIN, Deceased, and Another, Respondents, v. IRA A. SCHILLER, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JENNINGS DeWITT, Appellant, v. MORRIS H. PETIGOR, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MARY PANARESE, as Administratrix, and CHARLES PANARESE, as Coadministrator, etc., of JOHN PANARESE, Deceased, Respondents, v. THE UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

EUGENE L. BRISACH, Respondent, v. MALCOLM C. ROSE, Defendant, Impleaded with MARY DUNNING ROSE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ROSINA TAORMINA, Respondent, v. MARY WEBBER and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Transfer Tax upon the Estate of LISPENARD STEWART, Deceased.— Order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ. [138 Misc. 73.]

ANITA BAXTER, an Infant, by HELEN BAXTER, Her Guardian ad Litem, and Another, Appellants, v. THE WEBER, BUNKE, LANGE COAL COMPANY, Respondent, Impleaded with THE BIG THREE CLEANING & DYEING COMPANY, INC., Defendant. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JAMES E. GILLESPIE, Respondent, v. SOLOMON KAUFMAN, Appellant, Impleaded with JOSEPH H. SCHWARTZ and Another, Defendants.— Judgment in favor of plaintiff and against the defendant Solomon Kaufman affirmed, with costs to the respondent. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CONSTANTINE ZITZ, Respondent, v. LOUIS D. WAXBERG and NATHAN WAXBERG, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Martin, J., dissents and votes for reversal and a new trial.

ISRAEL FLAPAN, Respondent, v. EMELIA FERRARO and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.